CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |  |
|---|---|---|
| **TRAVIS WILLIAM BALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 7:10CV00350** |
| | ) | |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **BRISTOL CITY SHERIFFS** | ) | **By: Glen E. Conrad** |
| **DEPARTMENT, ET AL.,** | ) | **Chief United States District Judge** |
| | ) | |
| **Defendants.** | | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as

legally frivolous and malicious, and this action is stricken from the active docket of the court.

ENTER: This 12th day of August, 2010.

_____
Chief United States District Judge